

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE ALVARADO, | § | No. 08-23-00130-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| PATRICIA MONTALBO, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2016CV04373) |

## **MEMORANDUM OPINION**

Before this Court is Appellant's unopposed motion to dismiss.[1] Appellant's motion states that the parties have resolved all outstanding issues in the case. As the Court has not yet issued an opinion in this case, the motion to dismiss the appeal is granted pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.). Costs of the appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

---

[1] This case was transferred from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Fourth Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.

YVONNE T. RODRIGUEZ, Chief Justice

October 9, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.